UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASSET REALTY, LLC, | Case No. 21-81 RSM |
| Petitioner, | ORDER |
| v. | |
| MICHELLE WILSON, *et al.*, | |
| Respondents. | |

This matter comes before the Court on Petitioner's Motions for Contempt (Dkts. #30–31), Petitioner's Motion for Temporary Restraining Order ("TRO") (Dkt. #32), Attorney Jean Huffington's Motion to Withdraw as Attorney for Respondent Cooley (Dkt. #35), and Respondent Cooley's Motion for Reconsideration of Order Finding Respondent Cooley in Contempt (Dkt. #36).

On November 22, 2022, the Court entered an Order: (1) granting Petitioner Asset Realty's Supplemental Motion to Confirm Arbitration Awards (Dkt. #22); (2) granting in part Petitioner's Motions for Contempt (Dkts. #30–31); and granting Petitioner's Motion for TRO. Dkt. #34. In the same order, the Court ordered Respondents Wilson and Cooley to show cause why they should not be found in contempt for violation the Arbitrator's Awards. *Id.* The Court then set a Preliminary Injunction Hearing for December 12, 2022 at 9:00 AM via Zoom. On December 12,

ORDER - 1

2022, the Preliminary Injunction Hearing was held and Court heard argument from counsel for all parties.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that:

1.  The Court's Order (Dkt. #34) is VACATED.

2.  Petitioner's Motions for Temporary Restraining Order and Preliminary Injunction (Dkts. #30–31) are DENIED.

3.  Respondent Cooley's Motion for Reconsideration of Order Finding Respondent Cooley in Contempt (Dkt. #36) is DENIED as moot.

4.  Attorney Jean Huffington's Motion to Withdraw as Attorney for Respondent Cooley (Dkt. #35) is GRANTED.

5.  The Court directs that Jean Huffington and the law offices of McKay Huffington, PLLC, be terminated as counsel for Respondent Chad Cooley in this case. Respondent is currently without counsel.

6.  All further correspondence to Respondent Cooley, including a copy of this order, shall be sent to his email at: Chad2cooley@gmail.com.

DATED this 12th day of December, 2022.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2